136

764 A.2d 1052

COMMONWEALTH of Pennsylvania, Appellee,

v.

Daniel M. SARANCHAK, Appellant.

Supreme Court of Pennsylvania.

Nov. 6, 2000.

## ORDER

PER CURIAM:

AND NOW, this 6th day of November, 2000, the appeal filed by the Defender Association of Philadelphia on August 23, 2000, is DISMISSED based upon lack of standing.

764 A.2d 1052

COMMONWEALTH of Pennsylvania, Appellee,

v.

Daniel M. SARANCHAK, Appellant.

Supreme Court of Pennsylvania.

Nov. 6, 2000.

## ORDER

PER CURIAM:

AND NOW, this 6th day of November, 2000, the Application for Stay of Execution filed by the Defender Association of

Philadelphia is DENIED on the basis of the supplemental record developed in the PCRA court.

764 A.2d 1052

**Warren DURHAM, Jr., Petitioner,**

v.

**Christopher McELYNN, Respondent.**

**No. 500 W.D. Alloc. Dkt. 2000.**

Supreme Court of Pennsylvania.

Dec. 13, 2000.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of December, 2000, the Motion for leave to file reply brief to respondent's brief pursuant to Rules of Appellate Procedure, Rule 2113(d) is denied without prejudice to petitioner's ability to withdraw federal constitutional claims at an appropriate time.